An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES ANTHONY DAVIS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 66800

**FILED**

FEB 12 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original pro se petition seeks a writ of mandamus compelling the district court to enter a default judgment in petitioner's favor. Having reviewed the petition, we deny the requested relief. NRAP 21(b)(1); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *see* NRAP 21(a)(4) (requiring petitioner to provide copies of any parts of the record "essential to understand the matters set forth in the petition"). Moreover, it appears that since petitioner filed this writ petition, the defendants in the underlying district court action have moved to dismiss petitioner's complaint, and the district court has scheduled a hearing on all pending motions, including petitioner's default-related motions. Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04758

cc:   James Anthony Davis
Attorney General/Carson City
Eighth District Court Clerk